# Order

Michigan Supreme Court
Lansing, Michigan

March 24, 2017

Stephen J. Markman,
Chief Justice

154494(56)

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellant,

v

GARY MICHAEL TRAVER,
Defendant-Appellee.
_____/

SC: 154494
COA: 325883
Mackinac CC: 2012-003474-FH

On order of the Chief Justice, the motion of plaintiff-appellant to file an amended supplemental brief is GRANTED. The amended supplemental brief submitted on March 20, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2017



Clerk